An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID M. FROSTICK,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68171

**FILED**

JUL 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

*ORDER DENYING PETITION*

     This is an original, pro se petition for a writ of mandamus. Petitioner David M. Frostick alleges that a conflict of interest exists between him and his former counsel and that the district court failed to hold an inquiry into this conflict of interest. Frostick asks this court to dismiss all charges against him with prejudice or to order that a federal public defender be appointed to his case and/or complete a change of venue in his case. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22067

decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170.

Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Elissa F. Cadish, District Judge
        David M. Frostick
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk